# APPENDIX 3:
## NO SLEEP OT CALCULATION

| Week | Draw | Base rate | Claimed | No sleep | Commissions | Regular rate | Base OT | OT pay due |
|---|---|---|---|---|---|---|---|---|
| 6/4/2017 | $400.00 | $10.00 | 1 | 128 | $2,764.00 | $16.45 | $1,920.00 | $2,332.95 |
| 6/11/2017 | $400.00 | $10.00 | 0 | 128 | $4,903.00 | $29.18 | $1,920.00 | $3,147.81 |
| 6/18/2017 | $400.00 | $10.00 | 0 | 128 | $400.00 | $2.38 | $1,920.00 | $1,920.00 |
| 6/25/2017 | $400.00 | $10.00 | 0 | 128 | $1,052.16 | $6.26 | $1,920.00 | $1,920.00 |
| 7/2/2017 | $400.00 | $10.00 | 0 | 128 | $61.20 | $0.36 | $1,920.00 | $1,920.00 |
| 7/9/2017 | $400.00 | $10.00 | 15 | 128 | $7,546.23 | $44.92 | $1,920.00 | $4,154.75 |
| 7/16/2017 | $400.00 | $10.00 | 15 | 128 | $14,389.79 | $85.65 | $1,920.00 | $6,761.82 |
| 7/23/2017 | $400.00 | $10.00 | 15 | 128 | $4,104.00 | $24.43 | $1,920.00 | $2,843.43 |
| 7/30/2017 | $400.00 | $10.00 | 15 | 128 | $6,957.00 | $41.41 | $1,920.00 | $3,930.29 |
| 8/6/2017 | $400.00 | $10.00 | 15 | 128 | $400.00 | $2.38 | $1,920.00 | $1,920.00 |
| 8/13/2017 | $400.00 | $10.00 | 15 | 128 | $2,094.74 | $12.47 | $1,920.00 | $2,078.00 |
| 8/20/2017 | $400.00 | $10.00 | 15 | 128 | $12,613.51 | $75.08 | $1,920.00 | $6,085.15 |
| 8/27/2017 | $400.00 | $10.00 | 0 | 128 | $400.00 | $2.38 | $1,920.00 | $1,920.00 |
| 9/3/2017 | $400.00 | $10.00 | 0 | 128 | $400.00 | $2.38 | $1,920.00 | $1,920.00 |
| 9/10/2017 | $400.00 | $10.00 | 0 | 128 | $400.00 | $2.38 | $1,920.00 | $1,920.00 |
| 9/17/2017 | $400.00 | $10.00 | 0 | 128 | $2,640.40 | $15.72 | $1,920.00 | $2,285.87 |
| 9/24/2017 | $400.00 | $10.00 | 0 | 128 | $6,203.00 | $36.92 | $1,920.00 | $3,643.05 |
| 10/1/2017 | $400.00 | $10.00 | 0 | 128 | $400.00 | $2.38 | $1,920.00 | $1,920.00 |
| 10/8/2017 | $400.00 | $10.00 | 0 | 128 | $400.00 | $2.38 | $1,920.00 | $1,920.00 |
| 10/15/2017 | $400.00 | $10.00 | 0 | 128 | $400.00 | $2.38 | $1,920.00 | $1,920.00 |
| 10/22/2017 | $400.00 | $10.00 | 0 | 128 | $400.00 | $2.38 | $1,920.00 | $1,920.00 |
| 10/29/2017 | $400.00 | $10.00 | 0 | 128 | $400.00 | $2.38 | $1,920.00 | $1,920.00 |
| 11/5/2017 | $400.00 | $10.00 | 10 | 128 | $400.00 | $2.38 | $1,920.00 | $1,920.00 |
| 11/12/2017 | $400.00 | $10.00 | 10 | 128 | $3,010.00 | $17.92 | $1,920.00 | $2,426.67 |
| 11/19/2017 | $400.00 | $10.00 | 0 | 128 | $400.00 | $2.38 | $1,920.00 | $1,920.00 |
| 11/26/2017 | $400.00 | $10.00 | 10 | 128 | $18,828.00 | $112.07 | $1,920.00 | $8,452.57 |
| 12/3/2017 | $400.00 | $10.00 | 10 | 128 | $400.00 | $2.38 | $1,920.00 | $1,920.00 |
| 12/10/2017 | $400.00 | $10.00 | 0 | 128 | $2,925.00 | $17.41 | $1,920.00 | $2,394.29 |
| 12/17/2017 | $420.00 | $10.50 | 0 | 128 | $420.00 | $2.50 | $2,016.00 | $2,016.00 |
| 12/24/2017 | $420.00 | $10.50 | 0 | 128 | $756.00 | $4.50 | $2,016.00 | $2,016.00 |
| 12/31/2017 | $420.00 | $10.50 | 0 | 128 | $420.00 | $2.50 | $2,016.00 | $2,016.00 |
| 1/7/2018 | $420.00 | $10.50 | 10 | 128 | $3,628.00 | $21.60 | $2,016.00 | $2,726.10 |
| 1/14/2018 | $420.00 | $10.50 | 0 | 128 | $1,530.00 | $9.11 | $2,016.00 | $2,016.00 |
| 1/21/2018 | $420.00 | $10.50 | 10 | 128 | $1,304.00 | $7.76 | $2,016.00 | $2,016.00 |
| 1/28/2018 | $420.00 | $10.50 | 10 | 128 | $420.00 | $2.50 | $2,016.00 | $2,016.00 |
| 2/4/2018 | $420.00 | $10.50 | 10 | 128 | $16,994.10 | $101.16 | $2,016.00 | $7,817.94 |
| 2/11/2018 | $420.00 | $10.50 | 10 | 128 | $420.00 | $2.50 | $2,016.00 | $2,016.00 |
| 2/25/2018 | $420.00 | $10.50 | 10 | 128 | $420.00 | $2.50 | $2,016.00 | $2,016.00 |
| 3/4/2018 | $420.00 | $10.50 | 10 | 128 | $5,999.99 | $35.71 | $2,016.00 | $3,629.71 |
| 3/11/2018 | $420.00 | $10.50 | 15 | 128 | $1,907.28 | $11.35 | $2,016.00 | $2,070.58 |
| 3/18/2018 | $420.00 | $10.50 | 15 | 128 | $14,706.00 | $87.54 | $2,016.00 | $6,946.29 |
| 3/25/2018 | $420.00 | $10.50 | 10 | 128 | $5,400.00 | $32.14 | $2,016.00 | $3,401.14 |
| 4/1/2018 | $420.00 | $10.50 | 10 | 128 | $420.00 | $2.50 | $2,016.00 | $2,016.00 |
| 4/8/2018 | $420.00 | $10.50 | 10 | 128 | $1,916.25 | $11.41 | $2,016.00 | $2,074.00 |
| 4/15/2018 | $420.00 | $10.50 | 0 | 128 | $420.00 | $2.50 | $2,016.00 | $2,016.00 |
| 4/22/2018 | $420.00 | $10.50 | 10 | 128 | $420.00 | $2.50 | $2,016.00 | $2,016.00 |

# APPENDIX 3:
## NO SLEEP OT CALCULATION

| Date | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 4/29/2018 | $420.00 | $ 10.50 | 10 | 128 | $ 3,361.75 | $ 20.01 | $ 2,016.00 | $ 2,624.67 |
| 5/6/2018 | $420.00 | $ 10.50 | 10 | 128 | $ 420.00 | $ 2.50 | $ 2,016.00 | $ 2,016.00 |
| 5/13/2018 | $420.00 | $ 10.50 | 10 | 128 | $ 420.00 | $ 2.50 | $ 2,016.00 | $ 2,016.00 |
| 5/20/2018 | $420.00 | $ 10.50 | 10 | 128 | $ 420.00 | $ 2.50 | $ 2,016.00 | $ 2,016.00 |
| 5/27/2018 | $420.00 | $ 10.50 | 0 | 128 | $ 1,836.80 | $ 10.93 | $ 2,016.00 | $ 2,043.73 |
| 6/3/2018 | $420.00 | $ 10.50 | 15 | 128 | $ 420.00 | $ 2.50 | $ 2,016.00 | $ 2,016.00 |
| 6/10/2018 | $420.00 | $ 10.50 | 15 | 128 | $ 4,400.00 | $ 26.19 | $ 2,016.00 | $ 3,020.19 |
| 6/17/2018 | $420.00 | $ 10.50 | 15 | 128 | $ 2,952.00 | $ 17.57 | $ 2,016.00 | $ 2,468.57 |
| 6/24/2018 | $420.00 | $ 10.50 | 15 | 128 | $ 3,248.00 | $ 19.33 | $ 2,016.00 | $ 2,581.33 |
| 7/1/2018 | $420.00 | $ 10.50 | 0 | 128 | $ 2,500.88 | $ 14.89 | $ 2,016.00 | $ 2,296.72 |
| 7/8/2018 | $420.00 | $ 10.50 | 15 | 128 | $ 1,175.00 | $ 6.99 | $ 2,016.00 | $ 2,016.00 |
| 7/15/2018 | $420.00 | $ 10.50 | 15 | 128 | $ 1,980.00 | $ 11.79 | $ 2,016.00 | $ 2,098.29 |
| 7/22/2018 | $420.00 | $ 10.50 | 15 | 128 | $ 6,830.15 | $ 40.66 | $ 2,016.00 | $ 3,945.96 |
| 7/29/2018 | $420.00 | $ 10.50 | 15 | 128 | $ 420.00 | $ 2.50 | $ 2,016.00 | $ 2,016.00 |
| 8/5/2018 | $420.00 | $ 10.50 | 15 | 128 | $ 12,640.88 | $ 75.24 | $ 2,016.00 | $ 6,159.57 |
| 8/12/2018 | $420.00 | $ 10.50 | 15 | 128 | $ 2,340.00 | $ 13.93 | $ 2,016.00 | $ 2,235.43 |
| 8/19/2018 | $420.00 | $ 10.50 | 15 | 128 | $ 420.00 | $ 2.50 | $ 2,016.00 | $ 2,016.00 |
| 8/26/2018 | $420.00 | $ 10.50 | 15 | 128 | $ 2,413.80 | $ 14.37 | $ 2,016.00 | $ 2,263.54 |
| 9/2/2018 | $420.00 | $ 10.50 | 0 | 128 | $ 420.00 | $ 2.50 | $ 2,016.00 | $ 2,016.00 |
| 9/9/2018 | $420.00 | $ 10.50 | 15 | 128 | $ 6,800.00 | $ 40.48 | $ 2,016.00 | $ 3,934.48 |
| 9/16/2018 | $420.00 | $ 10.50 | 15 | 128 | $ 1,984.50 | $ 11.81 | $ 2,016.00 | $ 2,100.00 |
| 9/23/2018 | $420.00 | $ 10.50 | 15 | 128 | $ 420.00 | $ 2.50 | $ 2,016.00 | $ 2,016.00 |
| 9/30/2018 | $420.00 | $ 10.50 | 15 | 128 | $ 7,812.45 | $ 46.50 | $ 2,016.00 | $ 4,320.17 |
| 10/7/2018 | $420.00 | $ 10.50 | 0 | 128 | $ 420.00 | $ 2.50 | $ 2,016.00 | $ 2,016.00 |
| 10/14/2018 | $420.00 | $ 10.50 | 15 | 128 | $ 27,315.00 | $ 162.59 | $ 2,016.00 | $ 11,749.71 |
| 10/21/2018 | $420.00 | $ 10.50 | 0 | 128 | $ 420.00 | $ 2.50 | $ 2,016.00 | $ 2,016.00 |
| 10/28/2018 | $420.00 | $ 10.50 | 0 | 128 | $ 420.00 | $ 2.50 | $ 2,016.00 | $ 2,016.00 |
| 11/4/2018 | $420.00 | $ 10.50 | 0 | 128 | $ 700.00 | $ 4.17 | $ 2,016.00 | $ 2,016.00 |
| 11/11/2018 | $420.00 | $ 10.50 | 0 | 128 | $ 420.00 | $ 2.50 | $ 2,016.00 | $ 2,016.00 |
| 11/18/2018 | $420.00 | $ 10.50 | 0 | 128 | $ 1,225.00 | $ 7.29 | $ 2,016.00 | $ 2,016.00 |
| 11/25/2018 | $420.00 | $ 10.50 | 5 | 128 | $ 420.00 | $ 2.50 | $ 2,016.00 | $ 2,016.00 |
| 12/2/2018 | $420.00 | $ 10.50 | 5 | 128 | $ 420.00 | $ 2.50 | $ 2,016.00 | $ 2,016.00 |
| 12/9/2018 | $420.00 | $ 10.50 | 5 | 128 | $ 4,795.00 | $ 28.54 | $ 2,016.00 | $ 3,170.67 |
| 12/16/2018 | $420.00 | $ 10.50 | 0 | 128 | $ 2,848.00 | $ 16.95 | $ 2,016.00 | $ 2,428.95 |
| 12/23/2018 | $420.00 | $ 10.50 | 0 | 128 | $ 900.00 | $ 5.36 | $ 2,016.00 | $ 2,016.00 |
| 12/30/2018 | $420.00 | $ 10.50 | 0 | 128 | $ 4,480.00 | $ 26.67 | $ 2,016.00 | $ 3,050.67 |
| 1/6/2019 | $444.00 | $ 11.10 | 0 | 128 | $ 444.00 | $ 2.64 | $ 2,131.20 | $ 2,131.20 |
| 1/13/2019 | $444.00 | $ 11.10 | 0 | 128 | $ 444.00 | $ 2.64 | $ 2,131.20 | $ 2,131.20 |
| 1/20/2019 | $444.00 | $ 11.10 | 0 | 128 | $ 444.00 | $ 2.64 | $ 2,131.20 | $ 2,131.20 |
| 1/27/2019 | $444.00 | $ 11.10 | 0 | 128 | $ 444.00 | $ 2.64 | $ 2,131.20 | $ 2,131.20 |
| 2/3/2019 | $444.00 | $ 11.10 | 0 | 128 | $ 444.00 | $ 2.64 | $ 2,131.20 | $ 2,131.20 |
| 2/10/2019 | $444.00 | $ 11.10 | 0 | 128 | $ 444.00 | $ 2.64 | $ 2,131.20 | $ 2,131.20 |
| 2/17/2019 | $444.00 | $ 11.10 | 0 | 128 | $ 444.00 | $ 2.64 | $ 2,131.20 | $ 2,131.20 |
| 2/24/2019 | $444.00 | $ 11.10 | 5 | 128 | $ 1,200.00 | $ 7.14 | $ 2,131.20 | $ 2,131.20 |
| 3/3/2019 | $444.00 | $ 11.10 | 15 | 128 | $ 8,348.80 | $ 49.70 | $ 2,131.20 | $ 4,601.30 |
| 3/10/2019 | $444.00 | $ 11.10 | 15 | 128 | $ 444.00 | $ 2.64 | $ 2,131.20 | $ 2,131.20 |
| 3/17/2019 | $444.00 | $ 11.10 | 15 | 128 | $ 2,265.75 | $ 13.49 | $ 2,131.20 | $ 2,283.94 |

| Date | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 3/24/2019 | $444.00 | $ 11.10 | 15 | 128 | $ 444.00 | $ 2.64 | $ 2,131.20 | $ 2,131.20 |
| 3/31/2019 | $444.00 | $ 11.10 | 15 | 128 | $ 18,565.20 | $ 110.51 | $ 2,131.20 | $ 8,493.26 |
| 4/7/2019 | $444.00 | $ 11.10 | 15 | 128 | $ 2,210.40 | $ 13.16 | $ 2,131.20 | $ 2,262.86 |
| 4/14/2019 | $444.00 | $ 11.10 | 15 | 128 | $ 945.00 | $ 5.63 | $ 2,131.20 | $ 2,131.20 |
| 4/21/2019 | $444.00 | $ 11.10 | 15 | 128 | $ 4,086.90 | $ 24.33 | $ 2,131.20 | $ 2,977.71 |
| 4/28/2019 | $444.00 | $ 11.10 | 15 | 128 | $ 11,736.00 | $ 69.86 | $ 2,131.20 | $ 5,891.66 |
| 5/5/2019 | $444.00 | $ 11.10 | 15 | 128 | $ 2,484.00 | $ 14.79 | $ 2,131.20 | $ 2,367.09 |
| 5/12/2019 | $444.00 | $ 11.10 | 15 | 128 | $ 444.00 | $ 2.64 | $ 2,131.20 | $ 2,131.20 |
| 5/19/2019 | $444.00 | $ 11.10 | 15 | 128 | $ 1,280.00 | $ 7.62 | $ 2,131.20 | $ 2,131.20 |
| 5/26/2019 | $444.00 | $ 11.10 | 15 | 128 | $ 4,296.00 | $ 25.57 | $ 2,131.20 | $ 3,057.37 |
| 6/2/2019 | $444.00 | $ 11.10 | 15 | 128 | $ 444.00 | $ 2.64 | $ 2,131.20 | $ 2,131.20 |
| 6/9/2019 | $444.00 | $ 11.10 | 0 | 128 | $ 1,895.25 | $ 11.28 | $ 2,131.20 | $ 2,142.80 |
| 6/16/2019 | $444.00 | $ 11.10 | 15 | 128 | $ 2,520.00 | $ 15.00 | $ 2,131.20 | $ 2,380.80 |
| 6/23/2019 | $444.00 | $ 11.10 | 15 | 128 | $ 444.00 | $ 2.64 | $ 2,131.20 | $ 2,131.20 |
| 6/30/2019 | $444.00 | $ 11.10 | 0 | 128 | $ 444.00 | $ 2.64 | $ 2,131.20 | $ 2,131.20 |
| 7/7/2019 | $444.00 | $ 11.10 | 15 | 128 | $ 4,482.00 | $ 26.68 | $ 2,131.20 | $ 3,128.23 |
| 7/14/2019 | $444.00 | $ 11.10 | 15 | 128 | $ 444.00 | $ 2.64 | $ 2,131.20 | $ 2,131.20 |
| 7/21/2019 | $444.00 | $ 11.10 | 15 | 128 | $ 13,840.00 | $ 82.38 | $ 2,131.20 | $ 6,693.18 |
| 7/28/2019 | $444.00 | $ 11.10 | 15 | 128 | $ 5,849.00 | $ 34.82 | $ 2,131.20 | $ 3,648.99 |
| 8/4/2019 | $444.00 | $ 11.10 | 15 | 128 | $ 810.00 | $ 4.82 | $ 2,131.20 | $ 2,131.20 |
| 8/11/2019 | $444.00 | $ 11.10 | 15 | 128 | $ 19,980.45 | $ 118.93 | $ 2,131.20 | $ 9,032.40 |
| 8/18/2019 | $444.00 | $ 11.10 | 15 | 128 | $ 3,150.00 | $ 18.75 | $ 2,131.20 | $ 2,620.80 |
| 8/25/2019 | $444.00 | $ 11.10 | 15 | 128 | $ 1,940.55 | $ 11.55 | $ 2,131.20 | $ 2,160.06 |
| 9/1/2019 | $444.00 | $ 11.10 | 128 | 128 | $ 6,689.00 | $ 39.82 | $ 2,131.20 | $ 3,968.99 |
| 9/8/2019 | $444.00 | $ 11.10 | 15 | 128 | $ 444.00 | $ 2.64 | $ 2,131.20 | $ 2,131.20 |
| 9/15/2019 | $444.00 | $ 11.10 | 15 | 128 | $ 5,710.00 | $ 33.99 | $ 2,131.20 | $ 3,596.04 |
| 9/22/2019 | $444.00 | $ 11.10 | 15 | 128 | $ 444.00 | $ 2.64 | $ 2,131.20 | $ 2,131.20 |
| 9/29/2019 | $444.00 | $ 11.10 | 15 | 128 | $ 27,513.00 | $ 163.77 | $ 2,131.20 | $ 11,901.94 |
| 10/6/2019 | $444.00 | $ 11.10 | 15 | 128 | $ 5,850.00 | $ 34.82 | $ 2,131.20 | $ 3,649.37 |
| 10/13/2019 | $444.00 | $ 11.10 | 0 | 128 | $ 4,000.00 | $ 23.81 | $ 2,131.20 | $ 2,944.61 |
| 10/20/2019 | $444.00 | $ 11.10 | 10 | 128 | $ 2,308.50 | $ 13.74 | $ 2,131.20 | $ 2,300.23 |
| 10/27/2019 | $444.00 | $ 11.10 | 10 | 128 | $ 11,484.00 | $ 68.36 | $ 2,131.20 | $ 5,795.66 |
| 11/3/2019 | $444.00 | $ 11.10 | 5 | 128 | $ 444.00 | $ 2.64 | $ 2,131.20 | $ 2,131.20 |
| 11/10/2019 | $444.00 | $ 11.10 | 0 | 128 | $ 9,900.00 | $ 58.93 | $ 2,131.20 | $ 5,192.23 |
| 11/17/2019 | $444.00 | $ 11.10 | 5 | 128 | $ 2,540.00 | $ 15.12 | $ 2,131.20 | $ 2,388.42 |
| 11/24/2019 | $444.00 | $ 11.10 | 0 | 128 | $ 4,249.00 | $ 25.29 | $ 2,131.20 | $ 3,039.47 |
| 12/1/2019 | $444.00 | $ 11.10 | 5 | 128 | $ 444.00 | $ 2.64 | $ 2,131.20 | $ 2,131.20 |
| 12/8/2019 | $444.00 | $ 11.10 | 5 | 128 | $ 4,136.00 | $ 24.62 | $ 2,131.20 | $ 2,996.42 |
| 12/15/2019 | $444.00 | $ 11.10 | 0 | 128 | $ 444.00 | $ 2.64 | $ 2,131.20 | $ 2,131.20 |
| 12/22/2019 | $444.00 | $ 11.10 | 0 | 128 | $ 444.00 | $ 2.64 | $ 2,131.20 | $ 2,131.20 |
| 12/29/2019 | $444.00 | $ 11.10 | 0 | 128 | $ 2,327.50 | $ 13.85 | $ 2,131.20 | $ 2,307.47 |
| 1/5/2020 | $576.92 | $ 14.42 | 0 | 128 | $ 700.00 | $ 4.17 | $ 2,769.22 | $ 2,769.22 |
| 1/12/2020 | $576.92 | $ 14.42 | 5 | 128 | $ 576.92 | $ 3.43 | $ 2,769.22 | $ 2,769.22 |
| 1/19/2020 | $576.92 | $ 14.42 | 0 | 128 | $ 4,600.00 | $ 27.38 | $ 2,769.22 | $ 3,598.52 |
| 1/26/2020 | $576.92 | $ 14.42 | 5 | 128 | $ 2,178.40 | $ 12.97 | $ 2,769.22 | $ 2,769.22 |
| 2/2/2020 | $576.92 | $ 14.42 | 5 | 128 | $ 3,713.00 | $ 22.10 | $ 2,769.22 | $ 3,260.62 |
| 2/9/2020 | $576.92 | $ 14.42 | 10 | 128 | $ 5,707.56 | $ 33.97 | $ 2,769.22 | $ 4,020.45 |

## APPENDIX 3:
## NO SLEEP OT CALCULATION

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/16/2020 | $ | 576.92 | $ | 14.42 | 0 | 128 | $ | 576.92 | $ | 3.43 | $ | 2,769.22 | $ | 2,769.22 |
| 2/23/2020 | $ | 576.92 | $ | 14.42 | 10 | 128 | $ | 2,208.00 | $ | 13.14 | $ | 2,769.22 | $ | 2,769.22 |
| 3/1/2020 | $ | 576.92 | $ | 14.42 | 10 | 128 | $ | 576.92 | $ | 3.43 | $ | 2,769.22 | $ | 2,769.22 |
| 3/8/2020 | $ | 576.92 | $ | 14.42 | 15 | 128 | $ | 17,550.00 | $ | 104.46 | $ | 2,769.22 | $ | 8,531.86 |
| 3/15/2020 | $ | 576.92 | $ | 14.42 | 15 | 128 | $ | 7,350.00 | $ | 43.75 | $ | 2,769.22 | $ | 4,646.14 |
| 3/22/2020 | $ | 576.92 | $ | 14.42 | 15 | 128 | $ | 576.92 | $ | 3.43 | $ | 2,769.22 | $ | 2,769.22 |
| 3/29/2020 | $ | 576.92 | $ | 14.42 | 15 | 128 | $ | 3,573.00 | $ | 21.27 | $ | 2,769.22 | $ | 3,207.29 |
| 4/5/2020 | $ | 576.92 | $ | 14.42 | 15 | 128 | $ | 576.92 | $ | 3.43 | $ | 2,769.22 | $ | 2,769.22 |
| 4/12/2020 | $ | 576.92 | $ | 14.42 | 15 | 128 | $ | 7,925.00 | $ | 47.17 | $ | 2,769.22 | $ | 4,865.19 |
| 4/19/2020 | $ | 576.92 | $ | 14.42 | 15 | 128 | $ | 8,010.00 | $ | 47.68 | $ | 2,769.22 | $ | 4,897.57 |
| 4/26/2020 | $ | 576.92 | $ | 14.42 | 15 | 128 | $ | 6,930.00 | $ | 41.25 | $ | 2,769.22 | $ | 4,486.14 |
| 5/3/2020 | $ | 576.92 | $ | 14.42 | 15 | 128 | $ | 1,332.50 | $ | 7.93 | $ | 2,769.22 | $ | 2,769.22 |
| 5/10/2020 | $ | 576.92 | $ | 14.42 | 15 | 128 | $ | 576.92 | $ | 3.43 | $ | 2,769.22 | $ | 2,769.22 |
| 5/17/2020 | $ | 576.92 | $ | 14.42 | 15 | 128 | $ | 5,883.75 | $ | 35.02 | $ | 2,769.22 | $ | 4,087.57 |
| 5/24/2020 | $ | 576.92 | $ | 14.42 | 0 | 128 | $ | 7,221.00 | $ | 42.98 | $ | 2,769.22 | $ | 4,597.00 |

$ 471,821.65